THOMAS HAGGERTY, Plaintiff in Error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendants in Error.

(Argued September 24, 1873; decided September 30, 1873.)

*J. H. Clute* for plaintiff in error.

*N. C. Moak* for defendants in error.

Agree to affirm.   No opinion.

Judgment affirmed.

---

GEORGE M. WELD et al., Respondents, *v.* JAMES O'BRIEN, Sheriff, etc., Appellant.

(Argued June 4, 1873; decided September 30, 1873.)

DECIDED on authority of *Marshall* v. *Knox* (16 Wall., 551).

*A. J. Vanderpoel* for the appellant.

*Granville P. Hawes* for the respondents.

PECKHAM, J., reads for affirmance.
All concur, except ALLEN, J., dissenting, and ANDREWS, J., not voting.
Judgment affirmed.

---

ADAM BROWN, Appellant, *v.* SIGMUND F. WINDMULLER et al., Respondents.

(Argued September 23, 1873; decided October 7, 1873.)

*A. H. H. Dawson* for the appellant.

*James Taylor* for the respondent.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.